UNITED STATE DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA/SOUTHERN
DIVISION

Demetrius Carey,
    PLaintiff,
vs.
Corbin TUnstall"
    DEfendant".

Case No. 2:19-cv-01636-LSC-SGC

## NOTICE OF PRETRIAL NARRATIVE

COMES NOW, the above Plaintiff, Demetrius Carey, by and through himself, and does here give NOTICE to the COurt And to the Defendants of PLaintiffs' : "Pretrial Narrative". In adherence to this COurts' ORDER---(Document-31-1) this Plaintiff shows the following:

## PRETRIAL NARRATIVE STATEMENT

On or about January 4, 2019, @ approx. 3:30 p.m., while assigned to a suicide-watch unit . the PLaintiff became involved in an argument with another inmate assigned to his unit as a dorm-CLEANER. Plaintiff was trying to get officer Corbin Tunstall to allow him access to make a phone call to his mother who is in her 80's and ill health. PLaintiff had already obtained permission to use the phone from a 'supervisor'... (TUnstal's Supervisor)...Tunstall and the inmate dorm cleaner was engaged in conversation at the time Plaintiff began to call out to use the telephone. The inmate worker And Tunstall became aggravated. Tunstall approached Plaintiffs' cell door and told him to "cuff up".

1.

......when Plaintiff placed his wrists in the tray slot of the door to be handcuffed Tunstall grabbed his wrists abruptly, attemtping to hold PLaintiff in place and spray him with mace at the same time. As PLaintiff began to snatch away Tunstall slammed the tray slot door flap closed on Tunstalls' hand and locked it with the key. The locking mechanism on the tray flap is or has a "dead bolt" locking mechanism.

Cubicle Officer Latasha Terrell came out of the cubicle and unlocked the tray flap and helped to escort Plaintiff to the infirmary. PLaintiff told Tunstall that his hand was caught in the flap and Tunstall said "so [what]", as he walked away...
Plaintiff was taken to the prisons' infirmary who recommended he be taken to a freeworld hospital. Mental Health Observer Miss. S.-Hackworth witnessed the whole incident and she gave two seperate affadavits on two seperate dates, concerning the incident.

Tunstall wrote PLaintiff a disciplinary for Failing To Obey A Direct Order (to stop banging on his door)....
Plaintiff avers that Tunstall wrote him a disciplinary as a pretextual justification for spraying him with mace inside his locked suicide watch cell and for slamming his hand shut in the tray-flap.
At the disciplinary hearing PLaintiff told the hearing officer, [Supervisor] Lt. Todd Wheat that Miss. Hackworth saw everything. Lt. Wheat stated that he contacted Miss. Hackworth and she said she didnt see anything. PLaintiff got two affadavits from Miss. Hackworth to the contrary. Lt.Wheat & officer Tunstall did not follow ADOC regulations requiring a consultation with Mental Health personnel before proceeding against a Mental Health inmate with a disciplinary reprimand.

2.

(b) <u>LIST OF EXHIBITS TO BE OFFERED AT TRIAL</u>

PLaintiff's EXhibit-1,EXhibits-4,5,6,7A,B,C, Exhibits-8,9,10, EXhibits-11,12,13,14, Exhibits-19,20,21,22,23,24,25,26,27,28, 29,30,31,32,33,34,35,36.......

(c) <u>LIST OF NAME,HOME ADRESS & PLACE OF EMPLOYMENT OF ALL NON-INMATE WITNESSES:</u>

PLaintiff wishes to call Miss. S_____ Hackworth to testify at trial. Miss. Hackworth recently resigned from employment with [either] ADOC or W.E. Donaldson Prison. However, more specific contact information for MIss.-- Hackworth can be found in her "201-File" at the State-- Personnel Board in Montgomery, Alabama.. Of course the Plaintiff does not know Miss. Hackworths' address or phone number; but such info. can be provided by the Ala.- personnel Board and can be kept under seal by this Honorable Court...

(d) <u>LIST OF CONTACT INFORMATION OF INMATE WITNESSES</u>

INmate WItness James Taylor #178795 is housed at W.E. DOnaldson Correctional Facility, along with Plaintiff, will be called upon to testify at trial.

(e) <u>SUMMARY OF ANTICIPATED TESTIMONY OF WITNESSES</u>

(1) Miss. S. Hackworth will testify that DEfendant TUnstal did slam PLaintiffs' hand in the tray-flap and locked it wi   the deadbolt key...That Tunstals' action was not justified under the circumstances....That no one employed with ADOC initiated an interview with her about the incident involving Plaintiff, but, that she went to Capt. Shannon Caldwell and told him what she saw...That Lt.-- Michael Wheat did not contact her about PLaintiffs' incident and that she did not tell Lt. Wheat that she                            she had no knowledge of the incident involving the Plaintiff & the defendant.

3.

..........that she (Miss. Hackworth) signed two different affadavits on PLaintiffs' behalf as to her knowledge about the incident involving PLaintiff & Defendant.

    (2)    INmate James Taylor #178795 will testify about his knowledge of the locking mechanisms on the doors of suicide unit cells. Taylor will testify concerning his knowledge of the law which is to the facts of this case. Taylor will testify about his knowledge of ADOC regulations which governs how mental health inmates (esp. suicide watch inmates) are to be treated and reprimanded when they misbehave. Taylor will testify about his general knowledge of this case because he has assisted the Plaintiff with litigation in this case from its' onslaught... Taylor will testify about his general knowledge concerning prison culture and how stressful the prisons' enviornment is as it relates to the affect it has on inmates and officers' conduct.....

(f)    <u>LIST OF SPECIAL AND COMPENSATORY DAMAGES</u>

Plaintiff asserts special and compensatory damages in the amount of $30,000.00 compensatory damages for pain and suffering...And $50,000.00 for special (punitive) damages. PLaintiff will prove entitlement to damages through testimony of both his witnesses and with case law...

4.

WHEREFORE, the premises considered, the Plaintiff proffers his Pretrial Narrative Statement and additional information which this Court required in (Document-31-1) @p.2.

Plaintiff respectfully submits this information.

Respectfully Submitted,

*Demetrius Carey*

Demetrius Carey #211205
Plaintiff, prose
100 Warrior Lane
Bessemer, Al. 35023

## CERTIFICATE OF SERVICE

I hereby certify that I delivered the following to prison staff @ W.E. DOnaldson C.F. for mailing, U.S. First Class Mail, to the office of General Counsel for Defendant, postage properly affixed on this 10th day of March, 2022.

*Demetrius Carey*
Plaintiff, prose

J.Matt Bledsoe
Assistant General Counsel
501 Washington Ave.
Montgomery, Al. 36130

Demetrius Carey #211205
100 Warrior Lane
Bessemer, AL. 35023

LEGAL ONLY

U.S. District Court
Northern - Alabama
Hugo L. Black U.S. Courthouse
1729 5th Ave North
[Birmingham, AL] 35203